

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2014

No. 04-14-00083-CV

Mike and Geri **JONES**,
Appellants

v.

Robert and Patricia **ZEARFOSS**,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-00986-CV-A
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

The Appellant's Second Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on June 11, 2014. No further extensions of time will be granted.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court